UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALAN PAUL MERRILLS,

Defendant.
______________________________/

Case No. 2:25-cr-14-4

HON. JANE M. BECKERING

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed on August 13, 2026 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law. Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 95) is APPROVED AND ADOPTED as the opinion of the Court. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charge set forth in Count One of the Indictment.

**IT IS FURTHER ORDERED** that the written plea agreement is hereby continued under advisement pending sentencing.

**IT IS FURTHER ORDERED** that Defendant's bond is **REVOKED**, based on the mandatory remand provisions of 18 U.S.C. § 3143. Defendant Alan Paul Merrills must surrender to the United States Marshals Service or the facility designated by the United States Marshals Service, no later than noon (Eastern) on August 31, 2026, and shall be detained pending

sentencing. If Defendant does not self-surrender by that deadline, the Court will issue a warrant for his arrest.

Dated: August 28, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge